Reeves & Co. v. Bond.

REEVES & COMPANY, *Appellant*, v. ELENOR BOND et al.,
*Appellees.*

No. 18,279.

HEADNOTE BY THE REPORTER.

MORTGAGE FORECLOSURE — *Genuineness Denied* — *Verification of
Answer.* In an action to foreclose a mortgage an answer
verified on information and belief is sufficient to put in issue
the genuineness of the mortgage.

Appeal from Thomas district court. Opinion filed
June 7, 1913. Affirmed.

*W. R. Baxter,* of Rockford, Ill., and *Arch L. Taylor,*
of Colby, for the appellant.

*John Hartzler,* of Goodland, and *E. H. Benson,* of
Colby, for the appellees.

*Per Curiam:* The court can not say from the naked
questions and answers objected to that they controlled
the verdict of the jury, conceding them to be improper.
However, the first, second and third appear to have
been relevant to the issues, the fourth, fifth and sixth
were withdrawn from the consideration of the jury by
the instructions, and the seventh was entirely proper.
The defendants were limited by the instructions to
the recovery of reasonable expenditures only. In strict-
ness probably some direct testimony as to the reason-
ableness of the expenditures rendered necessary by
the plaintiff's conduct should have been given, but no
contest was made over the matter, and the fact that the
defendants were put to the expense testified to was
some evidence of reasonableness.

The verification on information and belief was suffi-
cient to cast upon the plaintiff the burden of proof as to
the genuineness of the mortgage (Civ. Code, § 113),
and the seventh instruction did no more than state the
rule regarding the burden of proof in terms compre-

hensible by the lay mind. It is not open to the criticism that a heavier burden than the law requires was imposed.

The judgment of the district court is affirmed.